# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :      CRIM. NO. 24-52

v.      :

PATRICK KNAUSS      :

### GOVERNMENT'S CHANGE OF PLEA MEMORANDUM

The United States of America, by its attorneys, Jacqueline C. Romero, United States Attorney for the Eastern District of Pennsylvania, and Kelly Harrell, Assistant United States Attorney, respectfully submits this change of plea memorandum.

## I.    BACKGROUND

On February 8, 2024, a federal grand jury returned a three-count indictment against defendant Patrick Knauss, charging him with conspiracy to manufacture child pornography, in violation of 18 U.S.C. § 2251(a) (Count One), conspiracy to receive and distribute child pornography, in violation of 18 U.S.C. § 2252(a)(2) (Count Two), and receipt of child pornography, in violation of 18 U.S.C. § 2252(a)(2) (Count Three). These charges arise out of the defendant's participation in an online child exploitation catfishing scheme with Andrew Wolf ("Person #1"), a former teacher at Philadelphia's Springside Chestnut Hill Academy (SCH), and Kray Strange ("Person #2"), a young adult from Carthage, New York.[1]

---

[1] Wolf and Strange were indicted by a federal grand jury on February 3, 2022 in EDPA Criminal Number 22-35 and charged with conspiracy to manufacture child pornography and several substantive counts of manufacturing child pornography. Both defendants entered open guilty pleas to the Indictment before this Court on June 23, 2022. On February 16, 2023, Wolf was sentenced to 466 months' imprisonment to be followed by 5 years of supervised release. On March 31, 2023, Strange was

1

On June 18, 2024, the defendant is expected to plead guilty to all counts of the Indictment. The government and the defendant have entered into a guilty plea agreement pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C), a copy of which is attached as Exhibit A. The plea agreement includes an appellate waiver and provides that the following specific sentence is the appropriate disposition of this case: a sentence of imprisonment within a range of 262 to 274 months, a period of at least 15 years of supervised release, and a $300 special assessment. Guilty Plea Agreement at ¶ 3. Because this plea agreement is made pursuant to Rule 11(c)(1)(C), the plea agreement provides, "If the Court does not accept this plea agreement, then either the defendant or the government will have the right to withdraw from the plea agreement and the defendant will have the right to withdraw the guilty plea." *Id.*

Restitution is mandatory pursuant to 18 U.S.C. § 2259 and shall be determined by the Court. Pursuant to the plea agreement, the defendant also agrees to forfeit any property used or intended to be used to commit or to facilitate the commission of these offenses and/or any matter that contain visual depictions of minors engaged in sexually explicit conduct, including his LGE cellular phone and Dell Inspiron laptop, as identified in the Guilty Plea Agreement at ¶ 11(a).

---

sentenced to 396 months' imprisonment to be followed by lifetime supervised release. They were ordered to pay a total of $324,320 in restitution to six minor victims who sought restitution.

## II.    ELEMENTS OF THE OFFENSES

### A.    Conspiracy to manufacture child pornography, 18 U.S.C. § 2251(a)(1), (e) (Count One)

The government must prove the following elements beyond a reasonable doubt:

(1)    Two or more persons agreed to commit the offense of manufacturing child pornography;[2]

(2)    The defendant was a party to or member of that agreement; and

(3)    The defendant joined the agreement or conspiracy knowing of its objective to manufacture child pornography and intending to join together with at least one other conspirator to achieve that objective.

18 U.S.C. § 2251(a), (e); Third Circuit Model Criminal Jury Instructions 6.18.371A (modified).

### B.    Conspiracy to receive and distribute child pornography, 18 U.S.C. § 2252(a)(2) (Count Two)

The government must prove the following elements beyond a reasonable doubt:

(1)    Two or more persons agreed to commit the offense of receiving and distributing child pornography;

(2)    The defendant was a party to or member of that agreement; and

(3)    The defendant joined the agreement or conspiracy knowing of its objective to receive and distribute child pornography and intending to join together with at least one other conspirator to achieve that objective.

---

[2] The offense of manufacturing child pornography prohibits using, persuading, inducing, enticing, or coercing any minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and the visual depiction was mailed or actually transported in interstate or foreign commerce, *or* that the defendant knew or had reason to know that the visual depiction would be mailed or transported in interstate or foreign commerce, *or* that the visual depiction was produced using materials that have been mailed, shipped, or transported in interstate or foreign commerce. 18 U.S.C. § 2251(a), (e). *See also* Modern Federal Jury Instructions; Instruction 62.01.

18 U.S.C. § 2252(a)(2); Third Circuit Model Criminal Jury Instructions 6.18.371A (modified).

### C.    Receipt of child pornography, 18 U.S.C. § 2252(a)(2) (Count Three)

The government must prove the following elements beyond a reasonable doubt:

(1)    The defendant knowingly received

(2)    any child pornography, that is, any visual depiction that involved the use of a minor engaging in sexually explicit conduct

(3)    and that visual depiction is of such conduct

(4)    that has been mailed, or shipped or transported in interstate or foreign commerce by any means, including by computer, or

(5)    which was produced using materials which have been mailed or so shipped or transported by any means, including by computer.

*United States v. Galo*, 239 F.3d 572, 574-75 (3d Cir. 2001).

## III.    STATUTORY MAXIMUM SENTENCES

The maximum sentence for Count One (conspiracy to manufacture child pornography) is: 30 years' imprisonment, a 15-year mandatory minimum term of imprisonment, a mandatory minimum 5 years of supervised release up to lifetime supervised release, a $250,000 fine, a $100 special assessment, mandatory restitution pursuant to 18 U.S.C. § 2259, and if found to be non-indigent, an additional mandatory $5,000 special assessment must be imposed pursuant to 18 U.S.C. § 3014, and up to $50,000 in additional assessments may be imposed pursuant to 18 U.S.C. § 2259A.

The maximum sentence for Count Two (conspiracy to receive and distribute child pornography) is: 20 years' imprisonment, a 5-year mandatory minimum term of imprisonment, a mandatory minimum 5 years of supervised release up to lifetime supervised release, a $250,000

4

fine, a $100 special assessment, mandatory restitution pursuant to 18 U.S.C. § 2259, and if found to be non-indigent, an additional mandatory $5,000 special assessment must be imposed pursuant to 18 U.S.C. § 3014, and up to $35,000 in additional assessments may be imposed pursuant to 18 U.S.C. § 2259A.

The maximum sentence for Count Three (receipt of child pornography) is: 20 years' imprisonment, a 5-year mandatory minimum term of imprisonment, a mandatory minimum 5 years of supervised release up to lifetime supervised release, a $250,000 fine, a $100 special assessment, mandatory restitution pursuant to 18 U.S.C. § 2259, and if found to be non-indigent, an additional mandatory $5,000 special assessment must be imposed pursuant to 18 U.S.C. § 3014, and up to $35,000 in additional assessments may be imposed pursuant to 18 U.S.C. § 2259A.

The Total Maximum and Mandatory Minimum Sentence is: 70 years' imprisonment, a 15-year mandatory minimum term of imprisonment, a mandatory minimum 5 years of supervised release up to lifetime supervised release, a $750,000 fine, a $300 special assessment, mandatory restitution pursuant to 18 U.S.C. § 2259, and if found to be non-indigent, an additional mandatory $15,000 in special assessments must be imposed pursuant to 18 U.S.C. § 3014 (the Justice for Victims of Trafficking Act, or JVTA), and up to $120,000 in additional assessments may be imposed under 18 U.S.C. § 2259A (the Amy, Vicky, and Andy Act, or AVAA). Full restitution shall be ordered.

Supervised release may be revoked if its terms and conditions are violated. When supervised release is revoked, the original term of imprisonment may be increased by up to 3 years on Count One and up to 2 years on each of Counts Two and Three. Thus, a violation of supervised release increases the possible period of incarceration and makes it possible that the

5

defendant will have to serve the original sentence, plus a substantial additional period, without credit for time already spent on supervised release.

## IV.    **FACTUAL BASIS FOR THE PLEA**

If this case were to proceed to trial, the government would introduce evidence to establish the following facts:

### A.  Background on Andrew Wolf ("Person 1") and Kray Strange ("Person 2")

Between May 2020 and October 7, 2021, Andrew Wolf, a teacher at Springside Chestnut Hill Academy ("SCH") in Philadelphia, and Kray Strange, a young adult from Carthage, New York, operated an elaborate online child exploitation catfishing scheme to entice minor boys to self-produce sexually explicit images and send them, primarily to Strange, but sometimes to Wolf, over the Internet.  To carry out this scheme, Strange assumed the online personas of a minor teen girl named "Alex Zampini" or "Leslie Hansen," depending on the scenario.  Strange also sometimes impersonated a minor boy when targeting boy victims he believed to be gay. Strange used his minor girl persona to target boys primarily on Snapchat and sometimes on Instagram.  Strange enticed the boys to self-produce and send him sexually explicit images by distributing images of minor girls engaged in sexually explicit conduct, which Strange claimed were pictures and videos of Alex/Leslie, and sometimes by engaging the boys in games of "Truth or Dare."  Strange also provided his victims with specific instructions about the kinds of pictures and videos he wanted.  Beginning around July 2020, Wolf and Strange began discussing Strange catfishing (or "baiting") Wolf's own minor boy students at SCH, but they did not limit their activities to victimizing SCH students.  Wolf's conduct came to light after a CyberTip on his Dropbox account was investigated by FBI Philadelphia, and he was arrested on a federal

complaint and warrant related to that conduct on October 7, 2021.  Strange was identified as Wolf's co-conspirator in December 2021.

The evidence of Wolf and Strange's scheme came primarily from their Telegram communications, which were extracted from Wolf's cell phone at the time of his arrest, and corroboration from victim interviews.  Wolf and Strange engaged in private Telegram conversations for nearly 18 months, between approximately May 2, 2020 through October 7, 2021, the date of Wolf's arrest, and they communicated almost every day during this time.

Wolf and Strange's scheme to catfish or bait minor boys to manufacture child pornography also involved other offenders, including defendant Patrick Knauss.  In addition to Wolf's SCH students, the conspiracy targeted boys with large social media followings, Little League World Series players, and other successful athletes, among other victims.  In the same way the FBI extracted the communications between Wolf and Strange from within the Telegram application on Wolf's cell phone, the FBI obtained Telegram communications between Wolf and Knauss and Wolf, Strange, and Knauss.

### B.  Knauss' Communications with Wolf and Strange

Knauss and Wolf began communicating at least as early as 2018 after Knauss contacted Wolf via email as a "fan" of Wolf's erotic pedophile fiction — short stories that often portrayed adult men raping minor boys that Wolf published on a website called "Nifty" under the penname "Owen Davis."  After exchanging fan-mail with Knauss, Wolf began communicating on Telegram with Knauss in August 2019.  Eventually, Wolf introduced Knauss to Strange on Telegram, and the three of them participated in a group chat that Wolf administrated called "Boy oh Boy," in which they traded child pornography, provided social media handles of minor boys for Strange to target (catfish), and discussed Strange's efforts, including sometimes providing

specific instructions about what kinds of videos and images to entice the boys to self-produce. Throughout their communications, Wolf worked as a middle school teacher at SCH and lived at his residence in Philadelphia.

### 1. **Knauss and Wolf's Telegram communications**

Within the Telegram application on Wolf's phone, a private chat was identified between Wolf ("Mr P") and a Telegram user with a display name of "PK" (later identified as Knauss). The chat between Wolf and PK took place between approximately August 11, 2019 and September 27, 2021. The chat contained approximately 7,230 messages over more than 1,500 pages of communications. Approximately 969 messages appeared to be image or video files, but due to Wolf's iPhone being processed while disconnected from all networks, any image and video content not stored locally on the phone does not appear in the forensic extraction. Any such content is designated in the extraction as an "empty file." Approximately 964 of the image and video files were "empty files," and the 5 files that contained viewable content did not depict child pornography. (The viewable files were school photographs of some of Wolf's students to be targeted.)

In August 2019, PK and Wolf began discussing sexually exploiting Wolf's students. First, PK asked Wolf if he had ever stalked his students' Instagram profiles, to which Wolf responded no. PK offered to help Wolf look up his students if Wolf was willing to pass along their names. Wolf provided PK with certain students' names and social media accounts. Although there were no viewable files of child pornography in the Telegram messages extracted from Wolf's phone, the context of the chats indicates that many of the files exchanged were of minor boys engaging in masturbation, exposing their genitals, and posing nude. For example, on

September 2, 2020, Wolf sent multiple image files (now appearing as "empty files" in the forensic extraction) with the message, "Look at [minor student's name] ass here!"

In the Telegram chat, PK and Wolf openly discussed "Alex" (Strange) and his efforts to obtain sexually explicit images and videos from minors by "catfishing" or "baiting" them. PK told Wolf that he sent several names to Alex to bait. Wolf discussed starting a group chat that included himself, PK, and Alex specifically intended to bait boys. PK told Wolf that he used to "bait," but no longer did because "life got busy." PK also regularly asked to receive specific types of child pornography, particularly images of violence and force. For example:

| Date | Message from PK (Knauss) |
|------|--------------------------|
| August 14, 2019 | • Any rape or bondage shit? |
| August 18, 2019 | • Got any forced stuff? |
| November 9, 2019 | • I'd love to find a good long abuse vid |
| December 1, 2019 | • Hey you happen to have any vids |
| March 10, 2020 | • I need some BDSM boys |
| April 13, 2020 | • I need more boy bondage |
| August 29, 2020 | • Also random question, but you know of any good forced vids, or piss |
| September 30, 2020 | • I need sexy baseball boys |

## 2. Group Chat Between Knauss, Wolf, and Strange on Telegram

Within the Telegram application on Wolf's phone, a group chat was identified between Wolf ("Mr P"), Strange ("alex ibhhjl"), and Knauss ("PK"). This group chat took place between

approximately December 3, 2020 and October 4, 2021 (three days before Wolf's arrest). The group chat's purpose was for trading child pornography and discussing boys for Strange to victimize. The chat contained approximately 1,770 messages over more than 350 pages of communications. Of these, approximately 130 messages appeared to be image or video files. In the forensic extraction of Wolf's phone, approximately 76 of these files were "empty files," and their content was not accessible or viewable. 54 of the files contained content that could be viewed. Of these 54 files viewable within the chat, 7 videos and 4 images depict child pornography. Wolf created the group chat and named it "Boy oh boy." On December 3, 2020, the chat began with Wolf introducing Alex and PK, "Hey Alex, remember PK? He wanted to say hi." PK suggested, "Thought we could chat about who to bait, etc."

Knauss gave Strange instructions and suggestions for baiting the minors. For example:

| Date | Message from PK (Knauss) |
|---|---|
| December 3, 2020 | <ul><li>You should reach out to him haha</li><li>Get one of them to piss their pants</li><li>Tell him to do it again, minus the shirt and shorts, just in his boxers</li></ul> |
| December 24, 2020 | <ul><li>I guess the best plan is to bait big bro, and get him to play with lol bro</li></ul> |
| January 7, 2020 | <ul><li>I could probably send you like 10 names at least if your bored haha</li></ul> |
| January 17, 2020 | <ul><li>I wanna see him do it nude</li></ul> |
| April 29, 2021 | <ul><li>See if you can get him to show his face</li></ul> |
| May 26, 2021 | <ul><li>Or make it a contest among them all, who can send the best pics/vids</li></ul> |

Throughout the chat, PK provided more than 100 URLs of social media accounts belonging to boys who appear to be minors. Many of the URLs were specifically intended for Strange to bait. Throughout, PK repeatedly asked Strange for updates on the minors to see if Strange had obtained sexually explicit images from them. On September 22, 2021, PK sent the Instagram handle of a 12-year-old identified minor and described the child as a "LLWS [Little League World Series] star," to which Strange responded, "Yessir."

On September 22, 2021, Strange sent multiple files of a boy he referred to as "C.M.,"[3] and reported on his conversations with C.M.:

| | |
|---|---|
| Strange: | [Sends 18-second-long video of a minor boy removing his shirt and posing in a manner to display his penis] |
| PK: | Who dat |
| Strange: | [C] |
| PK: | Who haha |
| Strange: | He's just a boy |
| PK: | Ohhh<br>Hes cute from what I can see |
| Wolf: | [C] (devil smiley emoji) |
| PK | What else did [C] show you |
| Strange: | This is rn |
| Strange: | [Sends 8-second-long video depicting a close-up of a minor inserting a finger into his anus. Towards the end of the video, the camera angle moves up to expose the minor's penis.] |

---

[3] FBI Philadelphia has done extensive work to attempt to identify this child, but has not been able to do so.

PK:        How old is he?

Strange:   He tells me 14 but he's in seventh grade and just celebrated his 13th
           birthday

PK:        Ah
           Any siblings?

Strange:   [Sends image file, now "empty"]
           [Sends image of a nude minor boy with his penis expose while laying on a
           bed]

Strange:   Sisters

PK:        His ass is nice and tight

Strange:   Ya

PK:        Love that belly button, hed be fun to play with
           Should get him in his sisters panties

Strange:   His sister is an infant lol

PK:        Oh
           Well how was I supposed to know

Strange:   [Sends a 7-second-long video depicting a close-up of a minor's penis
           while he masturbates and ejaculates on himself while laying on a bed]

PK:        What a waste of a shot, all over his bed instead of him… damn nice load
           Though

Strange:   Agreed

Wolf:      I can't enough [C]

           …

| Strange: | [Sends 4-second-long video of a minor boy stepping out of his underwear and displaying his penis] |
| PK: | He needs to show his face soon<br>I bet his cum face is amazing |
| Strange: | Ik<br>[Sends 3-second-long video of a nude minor boy in what appears to be a bedroom, exposing his face and penis to the camera] |
| PK: | Oh damn<br>Plead tell me hes got more |

**Count Three, Receipt of Child Pornography:**  On September 27, 2021, Wolf asked the group, "Caps by someone named TwistedCams.  Which one should I try and download?" to which PK responded, "All of em."  Wolf then sent a series of files to the group, many of which appear as "empty" files in the forensic extraction.  One viewable video file and two images depict child pornography:

- A 12-minute, 47-second long video of a minor boy masturbating his penis and anally penetrating himself with a long stick.
- One image containing a collage of screenshots from Omegle of a nude, minor boy masturbating his penis.
- One image containing a collage of screenshots from Omegle of a nude, minor boy inserting a finger into his anus.

PK responded, "Boy loves his ass… If a boy honestly thinks a girl wants that, they deserve to be baited."

On September 29, 2021, Strange sent additional files depicting C.M. with the message, "[C] is always horny."  These images include a 5-second-long video depicting a nude, minor boy ejaculating on himself while laying on a bed, and an image depicting a nude, minor boy holding his exposed penis while laying on a bed.

13

### C. **Identification of "PK" as Patrick Knauss**

During the private Telegram chat with Wolf, PK provided specific details pertaining to his geographical location and identity, which assisted FBI in identifying him, such as his correct age at the time (30), his birth month (March), his whereabouts (Vermont), and his place of employment (a ski resort).  On May 24, 2020, PK created an Instagram username "Zoey_Madame" to talk to a 15-year-old boy with Wolf.  (The Telegram chats demonstrate that Wolf was already chatting with the boy on Instagram using his minor female persona and invited PK's girl persona to the Instagram chat after asking PK, "Gimmee a first name that I should call you."  PK responded, "Zoe," and provided his Instagram handle as "Zoey_Madame."  Through investigation, FBI determined that the Instagram account was registered to Knauss' Google email address and a Verizon phone number subscribed in his name, and used the same LG cell phone later seized from Knauss during a state search warrant on his residence in Vermont.

On May 4, 2023, Vermont law enforcement executed a state search warrant at Knauss' residence.  Knauss answered the door and agreed to be interviewed.  The interview was audio-recorded.  In summary, Knauss admitted to operating the Zoey_Madame Instagram account, which he claimed he deleted "a long time ago," estimating about two years before the interview.  He acknowledged general knowledge of an FBI investigation in Philadelphia regarding child exploitation on Telegram.  Knauss adopted the Telegram communications between himself and Wolf and Strange.  He also acknowledged being involved in a baiting scheme, but said that his role was only to occasionally find the boys.  He claimed that he had stopped his child exploitation activities many months earlier and he had deleted his child pornography.  Law enforcement seized several electronic devices during the search warrant, including Knauss' LG cell phone, two laptops, a hard drive, and several thumb drives.

14

Knauss' LG cell phone contained at least 17 unique, cached images of child pornography. 13 of these images depict a minor boy, approximately 13-14 years old exposing his penis or anus. Six of these images appear identical to the images and videos of C.M. that Strange distributed in the Telegram group chat to Knauss and Wolf, and three of these images appear identical to the images that Wolf distributed to Knauss and Strange in the Telegram group chat on September 27, 2021. The phone contained three cached images (not child pornography) of Wolf's students from SCH, as well as cached images of files (not child pornography) that Knauss sent to Wolf and Strange in the Telegram group chat. The phone contained evidence of approximately 745 visits to the Nifty Archive website between February 3, 2023 and May 3, 2023. There was also a Chrome Autofill identified for the key words "Owen Davis," which was Wolf's moniker on Nifty. Knauss' Dell Inspiron laptop also contained evidence of images of child pornography in cached space.

## V.    CONCLUSION

The United States respectfully submits that this summary of evidence provides a factual basis for the defendant's guilty plea to all counts of the Indictment. The facts outlined above would prove the essential elements of the offenses beyond a reasonable doubt. The government respectfully requests that the Court accept the defendant's plea of guilty to the Indictment, pursuant to the Guilty Plea Agreement attached as Exhibit A.

Respectfully submitted,

JACQUELINE C. ROMERO
United States Attorney

*/s/ Kelly Harrell*
KELLY HARRELL
Assistant United States Attorney

15

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and correct copy of the foregoing Change

of Plea Memorandum to be served via email on the following:

> Thomas A. Dreyer, Esq.
> Tdreyer610@aol.com

> */s/ Kelly Harrell*
> KELLY HARRELL
> Assistant United States Attorney

Dated: June 13, 2024

16