### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL ACTION** |
| : | |
| **v.** : | **NO. 24-52** |
| : | |
| **PATRICK KNAUSS** : | |

# ORDER

**AND NOW,** this 21st day of January 2025, upon considering the United States' Motion for entry of a final order of forfeiture (ECF 48), the October 22, 2024 Judgment (ECF 47), and the October 22, 2024 Preliminary Order of Forfeiture (ECF 45), under 21 U.S.C. § 853(n) notice of the Judgment and Preliminary Order of Forfeiture was published on an official government internet site for at least thirty (30) days, no third party having petitioned for a hearing on the validity of any alleged interest in the subject property, based on the facts addressed at the June 18, 2024 plea hearing, finding the Defendant had an interest in the subject property to forfeiture under 18 U.S.C. § 2253, and for good cause shown, it is **ORDERED** the United States' Motion for entry of a final Order of forfeiture (ECF 48) is **GRANTED** requiring:

1.  All right, title and interest of all persons, their heirs and assigns, in the property listed in the October 22, 2024 Judgment (ECF 47) and October 22, 2024 Preliminary Order of Forfeiture (ECF 45), described below ("Forfeited Property"), is fully and finally forfeited to the United States of America under 18 U.S.C. § 2253:

    a. One (1) LG Electronics USA, Inc. cell phone, model LM-G900VMY, bearing IMEI# 356040113866368; and,

    b. One Dell Computer Corporation laptop computer, model Inspiron 17R-5721, bearing serial number CPMY1X1, and internal 1TB Samsung SATA HDD,

2

    2.    All right, title and interest of all persons, their heirs and assigns in the Forfeited Property is vested in the United States; and,

    3.    The United States, or its designee, shall dispose of the subject assets listed in paragraph 1 of this Order in accord with the Law and the Rules of this Court.

_____
**KEARNEY, J.**